```
Arcptrecé                    CFS-1 V0.0
Pennsylvania Middle    29 MAY 2001

 3                              Racel
 AAaDD
pt Maintenance
    REGISTER N0  :333
    RECEIPT N0   :83835        RECEIPT TYP
    RECEIPT SUB N0.:0
    RECEIPT DATE:05/29/01      RECEIPT N
    TENDER TYPE:3
         5.00

    FUND     :086900  CASE N0:
        PAYMENT TYPE:
                        DEFENDANT:
                        BANK CODE:
BANK ACCOUNT:

    VOUCHER N0 :        PAYOR N0:
    SUB VOUCHER:        VENDOR INV:
      FY:   BUDGET ORG:         BUDGET 0
BJ CLASS:      SUB OBJ CLASS:
         COST ORG:          REVENUE
    SOURCE :       BYRD
      REMARKS:ANTHONY BIRD 005760-015  B6
X 1000   MONTGOMERY, PA 17752
      REMARKS:PETN FOR WRIT OF H/C FILING

    FEE                          POSTED D
ATE:**/**/**   ERR CODE:0
```

RP
6-5-01

01-CV-956
RAMBO/AP

A. PITAS