IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY BYRD, : CIVIL ACTION NO. 1:CV-01-0956
:
    Petitioner :
:
v. :
:
JONATHA C. MINER, et al., : (Judge Rambo)
:
    Respondents :

FILED
HARRISBURG, PA
JUN 28 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to serve a copy of the petition on the respondents and the United States Attorney.

2. Within twenty (20) days of the date of this order, respondents shall file a response to the petition.

3. A determination whether the petitioner should be produced for a hearing will be held in abeyance pending the filing of a response.

4. Petitioner may file a reply to the response within fifteen (15) days of its filing.

                              /s/ Sylvia H. Rambo
                              SYLVIA H. RAMBO
                              United States District Judge

Dated: June 28, 2001.

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                            June 28, 2001


Re:   1:01-cv-00956     Byrd v. Miner



True and correct copies of the attached were mailed by the clerk
to the following:


      Anthony Byrd
      Federal Prison Camp at Allenwood
      03760-015
      P.O. Box 1000
      Montgomery, PA  17752

      Martin Carlson
      United States Attorney
      228 Walnut Street
      Harrisburg, PA  17108
```

```
cc:
Judge                         (X )              (X ) Pro Se Law Clerk
Magistrate Judge              (  )              (  ) INS
U.S. Marshal                  (  )              (  ) Jury Clerk
Probation                     (  )
U.S. Attorney                 (  )
Atty. for Deft.               (  )
Defendant                     (  )
Warden                        (  )
Bureau of Prisons             (  )
Ct Reporter                   (  )
Ctroom Deputy                 (  )
Orig-Security                 (  )
Federal Public Defender       (  )
Summons Issued                (  )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           (  )
Order to Show Cause           (X )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  (X )   PA Atty Gen ( )
                                        DA of County (  )   Respondents (X )

Bankruptcy Court              (  )
Other_____  (  )
                                                MARY E. D'ANDREA, Clerk
```

DATE: June 28th, 2001                    BY: _____
                                              Deputy Clerk

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0166 1926

Jonathan Miner FCI-Alle

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4
PS Form 3800, February 2000   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0166 1933

Martin Carlson

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4
PS Form 3800, February 2000   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0166 1940

U.S. Atty General

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4
PS Form 3800, February 2000   See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0023 0166 1919

USPC

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4
PS Form 3800, February 2000   See Reverse for Instructions