**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USPC
Park Place 5550
Friendship Place
Bethesda, MD. 20816

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 7-16-01
B. Date of Delivery
C. Signature X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes


(10) 11/2/01

**FILED**
**HARRISBURG**

NOV 01 2001

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

1-CV-01-956

6/29/01

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

S. Attorney General, John Ashcroft
Room #511, Main Justice Building
10th and Constitution Avenue
Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [DEPARTMENT OF JUSTICE stamp] JUL -5 2001
B. Date of Delivery
C. Signature X [signature] SUPERVISOR ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label)
7100 0520 0023 0166 1980

Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952